**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ N.C. Marszal
**Deputy Clerk**

**Dated: March 02, 2010**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re: LAVELLE SCRUGGS

*Debtor(s)*

Case No: 10-10287

Chapter 13
Judge Pat E. Morgenstern-Clarren

**ORDER DISMISSING CASE**

This case came on for hearing on February 23, 2010 on an Order to Show Cause why this case should not be dismissed for failure to:

X  if chapter 13, file a plan within the time required by Bankruptcy Rule 3015.

X  file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

X  pay filing fees installment(s) as required by this Court's order.

X  file Means Test as required.

X  file Certificate Of Credit Counseling as required.

It appears to the Court that as of the hearing date, the debtor(s) had failed to:

X  file a plan within the time required by Bankruptcy Rule 3015.

X  file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

X  pay filing fees installment(s) as required by this Court's order.

X  file Certificate Of Credit Counseling as required

X  appear at the show cause hearing.

X  file Means Test as required

IT IS, THEREFORE, ORDERED THAT:

**1.** This case is dismissed.
**2.** The debtor(s) is/are ordered to pay to the Bankruptcy Clerk the amount of $234.00 in outstanding filing fees within fifteen days of the entry of this order.
**3.** If chapter 13, any wage order which may have been entered in this case is terminated.